

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-11-2005

# Slutzker v. Johnson

Precedential or Non-Precedential: Precedential

Docket No. 03-4046

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Slutzker v. Johnson" (2005). *2005 Decisions.* Paper 1539.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1539

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

Nos. 03-4046 & 03-4219

———

STEVEN G. SLUTZKER,

*Appellant in No. 03-4219*

v.

PHILIP JOHNSON; *GERALD J. PAPPERT; STEPHEN A. ZAPPALA, JR., District
Attorney, Allegheny County, PA,

*Appellants in No. 03-4046*

*Amended per Clerk's Order of 08/17/04

———

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 99-1952)
District Judge: Honorable Gary L. Lancaster

Argued October 4, 2004
Before: SLOVITER, BECKER, and STAPLETON, *Circuit Judges*.

(Filed December 29, 2004)

———

**ORDER AMENDING OPINION**
———

IT IS NOW ORDERED that the opinion in the above case be amended as follows:

On page 4, first full paragraph, line 9, delete "Id. At 63."

BY THE COURT:

 /s/ Edward R. Becker
Circuit Judge


DATE: January 11, 2005